Summons in a Civil Action (Rev 11/97)

FILED

AUG 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

DEBRA LESTED

vs

ALARIS MEDICAL SYSTEMS, INC., a corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation; DOES 1 THROUGH 10, INCLUSIVE

## SUMMONS IN A CIVIL ACTION

Case No. 08 CV 1495 JM WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Charles J. Fleishman, 19839 Nordhoff Street, Northridge, CA 91324

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 21 2008
DATE

By B. LLOYD, Deputy Clerk

SEAL



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)