# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LESTED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALARIS MEDICAL SYSTEMS, INC.; LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | CASE NO. 08 CV 1495 JM (WMc)<br><br>**ORDER:**<br>**1) GRANTING JOINT MOTION**<br>**and**<br>**2) SCHEDULING PRE-TRIAL BRIEFING**<br><br>**Doc. No. 11** |

　　　Pending before the court is the parties' joint motion for a waiver of pre-trial requirements under Civil Local Rules 16.1(f)(4) and (f)(6). (Doc. No. 11.) The parties also seek to vacate the pre-trial conference set for August 21, 2009. The court held a telephonic status conference on August 7, 2009 to address the issues presented in the joint motion.

　　　The court sets the following briefing schedule:  1) Each party shall file and serve a Memorandum of Contentions of Fact and Law no later than **Friday, August 21, 2009**; 2) each party shall file and serve an Opening Trial Brief no later than **Friday, September 11, 2009**; and 3) each party shall file and serve any Responsive Trial Brief no later than **Friday, September 18, 2009.** All briefing shall include precise citations to the administrative record.

　　　The parties' joint motion is hereby **GRANTED**. Accordingly, the parties are not required to abide by Civil Local Rules 16.1(f)(4) and (f)(6) or file a pre-trial order. The pre-trial conference set

for August 21, 2009 is hereby **VACATED**.  Bench trial in this matter is **SET** for Monday, *September 21, 2009 at 10:00 a.m.* in Courtroom 16.

    **IT IS SO ORDERED.**

DATED:  August 10, 2009

                                          Hon. Jeffrey T. Miller
                                          United States District Judge