# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LESTED,<br><br>                    Plaintiff,<br>vs.<br><br>ALARIS MEDICAL SYSTEMS, INC.; LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. 08 CV 1495 JM (WMC)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL**<br><br>Doc. No. 20 |

Pending before the court is a joint motion to continue the trial and trial briefing schedule. The court held a telephonic status conference on September 10, 2009 to address the issues in the motion. Finding good cause, the court hereby GRANTS the motion and sets the following schedule. Bench trial in this matter is SET for Tuesday, January 19, 2010 at 9:00 AM in Courtroom 16. Each party shall file and serve an Opening Trial Brief no later than Monday, January 4, 2010. Each party shall file and serve any Responsive Trial Brief no later than Monday, January 11, 2010.

**IT IS SO ORDERED.**

DATED: September 11, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge